## The People on the relation of John A. Bell and another v. The Judge of the Mecosta Circuit Court.

*Replevin: Alias writ: Personal service.* An *alias* writ of replevin may be issued for the purposes of personal service merely, where the property has been seized on the original writ and turned over to the plaintiff, but there has been a failure of personal service for any reason during the lifetime of the original writ.

*Heard and decided January 14.*

Application for *mandamus.*

Robert A. Griffin brought replevin against the relators in the Mecosta circuit. The goods described in the writ were seized under the writ, and duly turned over to the plaintiff. The writ was returnable May 2, 1871. On June 5, 1871, the following order was granted *ex parte* on application of the plaintiff's attorneys, viz.: "In this case it appearing that all the proceedings are regular except that the original writ of replevin had not been served upon the said defendants on or before the return day thereof, on motion," etc., "ordered that an *alias* writ of replevin do issue in this cause, returnable on the first Tuesday of July next." An *alias* writ issued accordingly, which was served on the defendants, but no property was seized upon it. Motion was afterwards made on behalf of defendants to set aside the above order, the *alias* writ, the service thereof, and all proceedings had thereunder, which was denied. This application is to compel the respondent to do what was sought to be accomplished by said motion.

*Fuller & Parsons,* for relators.

*E. S. Eggleston,* for respondent.

THE COURT held that the order granted was not without authority.   There is no objection to an *alias* replevin issuing under the circumstances of this case, and for the purposes of personal service merely; since, where the property has all been taken on the original writ, the only office which such *alias* writ performs, is that of a summons.

*Mandamus* denied.